UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III,<br><br>Plaintiff,<br><br>v.<br><br>J. BARRETTO, et al.,<br><br>Defendants. | No. 2:17-cv-1572-EFB P<br><br><br><br>ORDER |

This action was opened with plaintiff's filing of a complaint, dated July 10, 2017. ECF No. 1. Apart from the date, the complaint is identical to a complaint plaintiff previously filed on June 20, 2017, in another action he is litigating. *See Crisp v. Barretto*, No. 2:17-cv-0580-JAM-DB, ECF No. 10. After the June 20, 2017 complaint was docketed as a "first amended complaint" in the prior action, plaintiff explained that he did not intend to amend his complaint, but to commence an entirely new, but related, action. *Id.*, ECF No. 12. Accordingly, the magistrate judge assigned to *Crisp v. Barretto*, No. 2:17-cv-0580-JAM-DB, ordered the Clerk of the Court to strike the "first amended complaint," open a new case with the filing, and assign the new case to the same magistrate judge and district judge. *Id.*, ECF No. 13. The instant action is now duplicative of that new action, designated *Crisp v. Barretto*, No. 2:17-cv-1577-JAM-DB, and plaintiff shall proceed with his complaint in that action.

/////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to close this action.

DATED: August 31, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE